TALIA L. DELANOY (239973)
talia.delanoy@leclairryan.com
LECLAIRRYAN, LLP
400 Capitol Mall, Suite 1500
Sacramento, CA 95814
Telephone: (916) 246-1151
Facsimile: (916) 246-1155

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| MICHAEL TRIFIRO,<br><br>        Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, and DOES 1 to 50, inclusive,<br><br>        Defendants. | Case No.:<br><br>**DEFENDANT TARGET CORPORATION'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1441 (DIVERSITY JURISDICTION)** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE** that Defendant TARGET CORPORATION hereby removes to this District Court the state action currently pending in the Sacramento County Superior Court of California, described more fully below.

**PLEADINGS**

    1.    Plaintiff MICHAEL TRIFIRO filed an action in the Superior Court of the State of California, County of Sacramento, entitled MICHAEL TRIFIRO, Plaintiff, v. TARGET CORPORATION; and DOES 1 to 50, Defendants, Case No. 34-2019-00255252, on or about April 26, 2019.  ***A true and accurate copy of the Complaint is attached hereto as Exhibit "A."***

    2.    No other pleadings, process or orders have been served on Target Corporation in the state court action.

**TIMELINESS OF REMOVAL**

3. The first date upon which defendant Target Corporation received a copy of the Complaint was after May 9, 2019. *A true and accurate copy of the Notice of Service of Process Transmittal for the Complaint is attached hereto as Exhibit "B."*

4. This Notice of Removal is filed within 30 days of when Target Corporation was served with the Complaint.

**DIVERSITY JURISDICTION**

5. Upon information and belief, at the time of the filing of this action and the filing of this Notice of Removal, Plaintiff was and is a resident of the County of Sacramento, State of California and was and is, therefore, a citizen of the State of California. (See Declaration of Talia L. Delanoy).

6. Defendant Target Corporation at all times relevant, was and is a Minnesota Corporation with its principal place of business in Minneapolis, Minnesota.

7. At issue is Plaintiff's claims for Negligence and Product Liability. Defendant Target Corporation is informed and believes that the amount in controversy in this action exceeds the sum of $75,000, exclusive of interests and costs, pursuant to 28 U.S.C. § 1332(a). As alleged in the Complaint, plaintiff claims monetary damages for personal injuries resulting from the alleged incident, including substantial damage to plaintiff's hand, fingers, and person. Plaintiff claims damages including wage loss, hospital and medical expenses, general damages, loss of earning capacity, and loss of enjoyment of life. Further, Plaintiff has also served defendant Target Corporation with a Statement of Damages, alleging damages for pain, suffering, and inconvenience in the amount of $500,000.00, and emotional distress damages in the amount of $250,000.00. *A true and accurate copy of the Statement of Damages is attached hereto as Exhibit "C."*

8. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332 and is one which may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. § 1441(b) in that it is a civil action between citizens of different states and the amount in controversy exceeds the sum of $75,000.00.

9. The United States District Court for the Eastern District of California, embraces the county and court in which the state court action was filed. 28 U.S.C. § 84(b). Therefore, this action

is properly removed to this Court pursuant to 28 U.S.C. § 1331.

## NOTICE TO STATE COURT

10. Pursuant to 28 U.S.C. § 1446(d), the undersigned counsel hereby certifies that a true and correct copy of this Notice of Removal will be promptly filed with the Clerk of the Superior Court of the State of California, County of Sacramento, and served upon all adverse parties.

WHEREFORE, Defendant hereby notifies Plaintiff and his attorneys that the above-entitled action, formerly pending in the Sacramento County Superior Court has been removed from that court to this Court.

DATED: June 10, 2019                         LECLAIRRYAN, LLP


                                             By:  */s/ Talia L. Delanoy*
                                                  TALIA L. DELANOY
                                                  Attorneys for Defendant
                                                  TARGET CORPORATION