BRADLEY M. ZAMCZYK (SBN 151753)
LEILA M. MOHSENI (SBN 315591)
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:     415-362-6000
Facsimile:     415-834-9070

Attorneys for Defendant
TARGET CORPORATION

MATTHEW R. EASON (SBN 160148)
KYLE K. TAMBORINI (SBN 160538)
EASON & TAMBORINI
1234 H Street, Suite 200
Sacramento, CA  95814
Tel: (916) 438-1819

Attorneys for Plaintiff
MICHAEL TRIFIRO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA -  SACRAMENTO DIVISION

|  |  |
|---|---|
| MICHAEL TRIFIRO,<br><br>                    Plaintiff,<br><br>          vs.<br><br>TARGET CORPORATION and DOES 1<br>through 50, inclusive,<br><br>                    Defendants. | Case No. 2:19-CV-01061-JAM-KJN<br><br>**PARTIES' JOINT STIPULATION TO CONTINUE TRIAL AND ALL PRETRIAL DATES AND DEADLINES; AND ORDER**<br><br>**(AS MODIFIED BY THE COURT)**<br><br>Complaint filed: April 26, 2019<br><br>Action removed: December 4, 2019 |

Plaintiff, MICHAEL TRIFIRO ("Plaintiff"), and Defendant, TARGET CORPORATION

("Defendant") (collectively "the Parties"), through their counsel of record stipulate as follows:

**RECITALS**

1.       Plaintiff filed the Complaint initiating this action on or about April 26, 2019, in the

1

Superior Court of California, for the County of Sacramento, Case No. 34-2019-00255252 (the "State Action").

2.      Defendant was served with the Complaint on May 9, 2019, and filed a Notice of Removal of the State Action to the United Stated District Court for the Eastern District of California on December 4, 2019.

3.      On October 1, 2019, this Court entered a Scheduling Conference Order (Dkt. No. 8), which set forth a schedule of certain pretrial and trial dates and deadlines, including, but not limited to, expert disclosure of May 1, 2020, a discovery cutoff date of July 3, 2020, a motion filing cutoff of September 1, 2020, a Final Pretrial Conference date of November 13, 2020, and a trial date of December 14, 2020.

4.      Due to the COVID-19 situation that escalated in mid-March, and is continuing to escalate as of the time of the filing of this stipulation, all counsel in this case have been working remotely and handling their cases as best as possible, including the present case, but COVID-19 has posed significant limitations in completing discovery, depositions and mediation.

5.      Further, the Parties agree that retaining experts and completing necessary expert discovery will be difficult given COVID-19 and its impact on business operations.

6.      The Parties agree that they will continue to explore the option of using videoconferencing for deposition preparation, the actual depositions, and/or mediation, but at the present time have not yet been able to agree on a protocol that will ensure that videoconferencing (or any other remote procedure other than in-person sessions) will be fair, effective and feasible in this case.

7.      Counsel for the Parties have met and conferred and believe the proper handling of this litigation requires a brief extension of approximately four (4) months so that discovery can be completed, depositions can be noticed and conducted, and the parties can attempt resolution through mediation.

8.      Further, the other deadlines set forth in the Scheduling Conference Order that are dependent on the completion of discovery and mediation will also require a commensurate extension

1    of time to be completed.

2          9.      The Parties have not previously requested any extension of the dates set forth in the

3    Scheduling Conference Order, and if the request for an extension is granted, the Parties will continue

4    to diligently work toward completing discovery, conducting their mediation and pursuing all other

5    pretrial activities, including, if feasible and necessary, through remote means.

6          10.     The Parties have agreed that the trial and all pretrial dates set forth in the Scheduling

7    Conference Order be continued approximately four (4) months as follows, or whatever time period

8    thereafter is convenient for the Court:

9          • **Jury Trial (Est. 4−5 days)**:  April 19, 2021 at 9:00 AM

10           [Prior Date: December 14, 2020]

11         • **Pretrial Conference**:  March 12, 2021 at 10:00 AM

12           [Prior Date: November 13, 2020]

13         • **Motion Cut−Off Date (last day to file)**:  December 29, 2020

14           [Prior Date: September 1, 2020]

15         • **Hearing on Dispositive Motions**: January 26, 2021 at 1:30 p.m.

16           [Prior Date: September 29, 2020]

17         • **Discovery Cut−Off Date**:   November 3, 2021

18           [Prior Date: July 3, 2020]

19         • **Supplemental Expert Disclosure**: September 15, 2020

20           [Prior Date: May 15, 2020]

21         • **Expert Disclosure**: September 1, 2020

22           [Prior Date: May 1, 2020]

23                            **<u>STIPULATION</u>**

24         For the reasons stated above, the Parties hereto stipulate that the dates for Discovery and

25   Dispositive Motions be extended, such that the Expert Disclosure will be September 1, 2020,

26   Discovery cut off will be November 3, 2020, and filing of dispositive motions will be due by

27   December 29, 2020. The Parties hereto further stipulate that the hearing on Dispositive Motions shall

28

be continued to January 26, 2021, or such later date that is convenient for the Court.

Dated: April  , 2020                                    HINSHAW & CULBERTSON LLP

By: /s/
BRADLEY M. ZAMCZYK
LEILA M. MOHSENI
Attorneys for Defendant
TARGET CORPORATION

Dated:  April , 2020                                    EASON & TAMBORINI

By: /s/
MATTHEW R. EASON
KYLE K. TAMBORINI
Attorneys for Plaintiff
MICHAEL TRIFIRO

## **ORDER**

Based on the Joint Stipulation of the parties, and good cause appearing therefor, IT IS

ORDERED that the Final Pretrial Conference currently set for November 13, 2020 be and hereby is

continued to March 12, 2021 at 10:00 a.m. IT IS FURTHER ORDERED that trial in this action,

currently set for December 14, 2020 be and hereby is continued to April 19, 2021 at 9:00 a.m.

IT IS SO ORDERED.

DATED:  4/20/2020                           /s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

4

PARTIES' STIPULATION TO CONTINUE TRIAL AND ALL PRETRIAL DATES AND DEADLINES Case
No.: 2:19-CV-01061-JAM-KJN
1023225\305564041.v1