BRADLEY M. ZAMCZYK (SBN 151753)
LEILA M. MOHSENI (SBN 315591)
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:   415-362-6000
Facsimile:    415-834-9070

Attorneys for Defendant
TARGET CORPORATION

MATTHEW R. EASON (SBN 160148)
KYLE K. TAMBORINI (SBN 160538)
SETH R. BRADLEY (SBN 300727)
EASON & TAMBORINI
1234 H Street, Suite 200
Sacramento, CA  95814
Tel: (916) 438-1819

Attorneys for Plaintiff
MICHAEL TRIFIRO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| MICHAEL TRIFIRO,<br><br>    Plaintiff,<br><br>    vs.<br><br>TARGET CORPORATION and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 2:19-CV-01061-JAM-KJN<br><br>**PARTIES' JOINT STIPULATION TO EXTEND EXPERT DISCLOSURE DEADLINES AND ORDER**<br><br>Complaint filed: April 26, 2019<br><br>Action removed: December 4, 2019 |

Plaintiff, MICHAEL TRIFIRO ("Plaintiff"), and Defendant, TARGET CORPORATION ("Defendant") (collectively "the Parties"), through their counsel of record stipulate as follows:

## RECITALS

1.   Plaintiff filed the Complaint initiating this action on or about April 26, 2019, in the Superior Court of California, for the County of Sacramento, Case No. 34-2019-00255252 (the "State Action").

1    2.	Defendant was served with the Complaint on May 9, 2019, and filed a Notice of
2 Removal of the State Action to the United Stated District Court for the Eastern District of California
3 on December 4, 2019.
4    3.	On October 1, 2019, this Court entered a Scheduling Conference Order (Dkt. No. 8),
5 which set forth a schedule of certain pretrial and trial dates and deadlines, including, but not limited
6 to, expert disclosure deadline of May 1, 2020.
7    4.	On April 16, 2020, due to the COVID-19 situation that escalated in mid-March, all
8 counsel in this case, stipulated to disclose experts on September 1, 2020.
9    5.	On April 20, 2020, based on the joint stipulation, the Court entered an order that the
10 dates for Expert Disclosure be extended to September 1, 2020. (Dkt. No. 13)
11    6.	The Parties are in process of retaining experts and completing necessary expert
12 discovery, however, expert discovery will be difficult given COVID-19 and its impact on business
13 operations.
14    7.	Counsel for the Parties have met and conferred and believe the proper handling of this
15 litigation requires a brief extension of Expert Disclosure so that expert discovery can be completed,
16 and the parties can attempt resolution through mediation.
17    8.	If the request for an extension is granted, the Parties will continue to diligently work
18 toward completing expert discovery, conducting their mediation and pursuing all other pretrial
19 activities.
20    9.	The Parties have agreed that the dates set forth in the Order be continued as follows,
21 or whatever time period thereafter is convenient for the Court:

- **Expert Disclosure**: September 22, 2020

    [Prior Date: September 1, 2020]

- **Supplemental Expert Disclosure**: October 13, 2020

    [Prior Date: September 15, 2020]

### STIPULATION

For the reasons stated above, the Parties hereto stipulate that the dates for Expert Disclosure

be extended, such that the Expert Disclosure will be September 22, 2020, and Supplemental Expert Disclosure will be October 13, 2020.

Dated: August 31, 2020                               HINSHAW & CULBERTSON LLP

                                                     By: */s/*
                                                         BRADLEY M. ZAMCZYK
                                                         LEILA M. MOHSENI
                                                         Attorneys for Defendant
                                                         TARGET CORPORATION

Dated:  August 31, 2020                              EASON & TAMBORINI

                                                     By: */s/*
                                                         SETH R. BRADLEY
                                                         Attorneys for Plaintiff
                                                         MICHAEL TRIFIRO

## **ORDER**

Based on the Joint Stipulation of the parties, and good cause appearing, IT IS ORDERED that the Expert Disclosure currently set for September 1, 2020, be and hereby is continued to September 22, 2020, and Supplemental Expert Disclosure will be October 13, 2020. IT IS SO ORDERED.

DATED:  September 2, 2020
                                                     /s/ John A. Mendez
                                                     UNITED STATES DISTRICT COURT JUDGE